THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Shanna M.
 Kranchick, Appellant.
 
 
 

Appeal From Richland County
 Reginald I. Lloyd, Circuit Court Judge
Unpublished Opinion No. 2008-UP-599
Submitted October 1, 2008  Filed October
 17, 2008    
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Solicitor
 Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Shanna Kranchick appeals her convictions for
 felony driving under the influence causing death and felony driving under the
 influence causing serious bodily injury, arguing the trial court erred in
 failing to enter a directed verdict.  After a thorough review of the record, counsels brief, and
 Kranchicks pro se brief pursuant to Anders v. California, 386 U.S. 738
 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
SHORT, THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.